JUDGE NORGLE

*Only Brooklyn*

RECEIVED

DEC 0 7 2007

U.S. PROBATION OFFICE
CHICAGO, ILLINOIS

PROB 22
(Rev. 2/88)

**MAGISTRATE JUDGE SCHENKIER**

TRANSFER OF JURISDICTION

DOCKET NUMBER *(Tran. Court)*
04-442

DOCKET NUMBER *(Rec. Court)*

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| Muhammed Kolawole | Eastern District of New York | |

NAME OF SENTENCING JUDGE
The Honorable Jack B. Weinstein, Senior USDJ

| DATES OF PROBATION/SUPERVISED RELEASE | FROM | TO |
|---|---|---|
| | 11/5/07 | 11/4/10 |

OFFENSE
21 U.S.C. §§ 963 and 960(b)(1)(A), CONSPIRACY TO IMPORT ONE KILOGRAM OR MORE OF HEROIN, a Class A Felony.

# 08CR 0013

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE _____Eastern_____ DISTRICT OF _____New York_____

    IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the __Northern District of Illinois__ upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

11/16/07
_____
Date

_____
United Sates District Judge

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE ___Northern___ DISTRICT OF ___Illinois___

    IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

# FILED

JAN 0 9 2008

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

JAN - 8 2008
_____
Effective Date

_____
United States District Judge

*UNITED STATES GOVERNMENT*

*MEMORANDUM*

# 08CR 0013

**DATE:**      December 20, 2007

**REPLY TO**
**ATTN OF:**   U. S. Probation Office                **JUDGE NORGLE**
              55 East Monroe Street,  Room 1500
              Chicago, Illinois   60603

**SUBJECT:**   Transfer of Jurisdiction          **MAGISTRATE JUDGE SCHENKIER**

**TO:**        Mrs. Alyce Mobley-Morris
              Courtroom Deputy to Chief Judge Holderman
              U. S. Court House, Room 2548


              **RE:   KOLAWOLE, Muhammed**

              **DOCKET NO. OF**
              **TRANSFERRING COURT: 04-442**

Enclosed is Probation Form 22 initiating transfer of jurisdiction to our
district.  Please return the signed copies accepting jurisdiction to this
office.

Thank you.

Attachment

cc:   Scott Triplett
      U. S. Probation Officer

taw