JUDGE NORGLE            MAGISTRATE JUDGE SCHENKIER

PROB 22
(Rev. 2/88)

| | DOCKET NUMBER *(Tran. Court)* |
|---|---|
| TRANSFER OF JURISDICTION | 04-442 |
| | DOCKET NUMBER *(Rec. Court)* |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| Muhammed Kolawole | Eastern District of New York | |

| NAME OF SENTENCING JUDGE |
|---|
| The Honorable Jack B. Weinstein, Senior USDJ |

| DATES OF PROBATION/ SUPERVISED RELEASE | FROM | TO |
|---|---|---|
| | 11/5/07 | 11/4/10 |

OFFENSE

21 U.S.C. §§ 963 and 960(b)(1)(A), CONSPIRACY TO IMPORT ONE KILOGRAM OR MORE OF HEROIN, a Class A Felony.

# 08CR  0013

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE _____ Eastern _____ DISTRICT OF _____ New York _____

    IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the _____ Northern District of Illinois _____ upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

FILED

JAN 2 4 2008

11/16/07
*Date*

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

*United Sates District Judge*

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE _____ NORTHERN _____ DISTRICT OF _____ ILLINOIS _____

    IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

RECEIVED

JAN 0 9 2008

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

BY
DEPUTY CLERK
U.S. DISTRICT COURT, NORTHERN
DISTRICT OF ILLINOIS

JAN 1 7 2008

JAN - 8 2008
*Effective Date*

ATTEST

1/23        20 08

*James F. Holderman*
*United States District Judge*

T C. HEINEMANN
CLERK
DEPUTY CLERK



# UNITED STATES DISTRICT COURT
**NORTHERN DISTRICT OF ILLINOIS**
**219 SOUTH DEARBORN STREET**
**CHICAGO, ILLINOIS 60604**

MICHAEL W. DOBBINS

**January 17, 2008**

312-435-5698

**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT, E.D.N.Y

★ JAN 2 2 2008

**BROOKLYN OFFICE**

Mr. Robert C. Heinemann, Clerk
United States District Court
119S United States Courthouse
225 Cadman Plaza East
Brooklyn, NY 11201-1818

Dear Clerk:

**Re: 04-442 - USA v. Muhammed Kolawole - Judge Jack B. Weinstein**

Our Case Number:   08 CR 13 - Northern District of Illinois

Enclosed is a certified copy of the Probation Form 22, Transfer of Jurisdiction, regarding, which has been accepted and assumed by this Court in the Northern District of Illinois, Eastern Division.

Please forward a certified copy of the indictment/information, judgment and docket along with  the enclosed copy of this letter to the United States District Court at the above address.  Your prompt attention to this matter is greatly appreciated.

Sincerely,

Michael W. Dobbins
Clerk

by:

Marsha E. Glenn
Deputy Clerk

Enclosure

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

ROBERT C. HEINEMANN
    Clerk
TERRY VAUGHN
    Chief Deputy Clerk

PLEASE REPLY TO:

__X__    **BROOKLYN OFFICE**
U.S. Courthouse
225 Cadman Plaza East
Brooklyn, New York 11201

F I L E D

January 23rd, 2008

JAN 2 4 2008        08 CR 13

To:    Everett McKinley Dirksen
       United States Courthouse, 20th Floor
       219 South Dearborn Street
       Chicago, IL 60604

MICHAEL  W.  DOBBINS
CLERK, U.S. DISTRICT COURT

In re: United States of America v.  Muhammed Kolawole
       Criminal Action Number 1:04-442 (JBW)(RLM)

Pursuant to the Transfer of Jurisdiction directing the transfer of the above referenced action to
the Northern District of Illinois, the following documents are herewith enclosed:

    __X____Certified Copy of the Transfer Order, Indictment, & Judgment
    __X____Certified Copy of the Docket Sheet
    _____Entire File
    _____Other: Entire case filed electronically;
           Documents may be retrieved utilizing
           the PACER System on the Court's website:
           **www.nyed.uscourts.gov**

Kindly acknowledge receipt of the above-cited documents on the enclosed copy of this letter.

Yours truly,
ROBERT C. HEINEMANN
Clerk of Court
By: C. Barrett
    Deputy Clerk

Encl.
cc: Case File

**Transferee Court Case No.** _____

MJSELECT

# U.S. District Court
## Eastern District of New York (Brooklyn)
## CRIMINAL DOCKET FOR CASE #: 1:04-cr-00442-DLI-2
### Internal Use Only

Case title: USA v. Ajiboye et al           Date Filed: 05/05/2004
Magistrate judge case number: 1:04-mj-00524-SMG     Date Terminated: 09/19/2005

Assigned to: Judge Dora Lizette Irizarry

**Defendant (2)**

**Muhammed Kolawole**        represented by   **Paul M. Gamble**
*TERMINATED: 09/19/2005*                 Law Office of Paul Gamble, Esq.
                                     521 Fifth Avenue
                                     Suite 1700
                                     New York, NY 10175-0038
                                     (212) 292-4264
                                     Fax: 212-573-6355
                                     Email: pmgamble@hotmail.com
                                     *TERMINATED: 02/16/2005*
                                     *LEAD ATTORNEY*
                                     *ATTORNEY TO BE NOTICED*
                                     *Designation: CJA Appointment*

                                     **Randy S. Steinhauser**
                                     Randy S. Steinhauser, Attorney at Law
                                     535 Smith Street
                                     Farmingdale, NY 11735
                                     631-694-2589
                                     Fax: 631-694-9161
                                     Email: rsslaw9@aol.com
                                     *LEAD ATTORNEY*
                                     *ATTORNEY TO BE NOTICED*
                                     *Designation: Public Defender or*
                                     *Community Defender Appointment*

A TRUE COPY
ATTEST
DATED 1/23 20 08
ROBERT C. HEINEMANN
BY _____ CLERK
DEPUTY CLERK

**Pending Counts**                                   **Disposition**

ATTEMPT/CONSPIRACY -                    Deft is sentenced to 60 months
NARCOTICS -                                incarceration; 3 years supervised with
IMPORTATION/EXPORTATION               conditions; A special assessment of

(1)                                   $100 is imposed.

**Highest Offense Level (Opening)**

Felony

| **Terminated Counts** | **Disposition** |
|---|---|
| CONSPIRACY TO POSSESS NARCOTICS (2) | Dismissed. |
| NARCOTICS - IMPORT (3) | Dismissed. |
| CONSPIRACY TO POSSESS NARCOTICS (5) | Dismissed. |

**Highest Offense Level (Terminated)**

Felony

| **Complaints** | **Disposition** |
|---|---|
| 21:963=CD.F CONSPIRACY TO IMPORT CONTROLLED SUBSTANCE (HEROIN) | |

**Plaintiff**

**USA**                           represented by  **Alyssa Anne Qualls**
                                                 United States Attorney
                                                 Eastern District of New York
                                                 147 Pierrepont Plaza
                                                 Brooklyn, NY 11201
                                                 (718) 254-6392
                                                 Fax: 718-254-6481
                                                 Email: alyssa.qualls@usdoj.gov
                                                 *LEAD ATTORNEY*
                                                 *ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 04/13/2004 | 1 | Minute Entry for proceedings held before Steven M. Gold :Initial Appearance as to Tokunbo Ajiboye, Muhammed Kolawole held on 4/13/2004 Defendants present with counsels and informed of rights, Permanent orders entered and defendants waived preliminary[1:04 hearing. (Tape #04/77(4232-4741).) (Polanco, |

| | | |
|---|---|---|
| | | Marcelina)[1:04-mj-00524-SMG] (Entered: 04/15/2004) |
| 04/13/2004 | ❷2 | COMPLAINT as to Tokunbo Ajiboye (1), Muhammed Kolawole (2). (Polanco, Marcelina)[1:04-mj-00524-SMG] (Entered: 04/15/2004) |
| 04/13/2004 | ❷3 | ORDER OF DETENTION as to Tokunbo Ajiboye, Muhammed Kolawole . Signed by Judge Steven M. Gold on 04/13/04. (Polanco, Marcelina)[1:04-mj-00524-SMG] (Entered: 04/15/2004) |
| 04/15/2004 | ❷4 | CJA 23 Financial Affidavit by Tokunbo Ajiboye, Muhammed Kolawole (Polanco, Marcelina)[1:04-mj-00524-SMG] (Entered: 04/15/2004) |
| 04/15/2004 | ❷5 | CJA 20 as to Muhammed Kolawole : Appointment of Attorney Paul M. Gamble for Muhammed Kolawole. . Signed by Judge Steven M. Gold on 4/13/04. (Polanco, Marcelina)[1:04-mj-00524-SMG] (Entered: 04/15/2004) |
| 05/05/2004 | ❷6 | Minute Entry for proceedings held before Marilyn D. Go : Grand Jury Presentment as to Tokunbo Ajiboye, Muhammed Kolawole held on 5/5/2004. Handed up and filed. (Barrett, Charryse) (Entered: 05/13/2004) |
| 05/05/2004 | ❷7 | INDICTMENT as to Tokunbo Ajiboye (1) count(s) 1, 2, 3, 4, Muhammed Kolawole (2) count(s) 1, 2, 3, 5. (Barrett, Charryse) (Entered: 05/13/2004) |
| 05/05/2004 | | (Court only) ***Magistrate Judge Levy chosen by random selection to handle matters that may be referred in case as to Tokunbo Ajiboye, Muhammed Kolawole. (Barrett, Charryse) (Entered: 05/13/2004) |
| 05/19/2004 | ❷8 | Minute Entry for proceedings held before Lois Bloom: Not Guilty: Plea entered by Tokunbo Ajiboye, counts 1-4. Counsel for Ajiboye: Mildred Whalen. AUSA: A. Qualls. Paul Gamble failed to appear. Government directed to have Mr. Gamble's client, Muhammed Kolawole, arrained before J. Weinstein at time of status conf. (Tape: #04/102 (784-842) (Barrett, Charryse) (Entered: 05/26/2004) |
| 05/25/2004 | ❷17 | Minute Entry for proceedings held before Jack B. Weinstein: Not Guilty Plea for counts 1-5 entered 5/25/2004. Atty for deft.: Paul Gamble. AUSA: Alyssa Qualls. C/R: A. Sherman. Jury selection set for 6/28/2004. Trial set for 7/6/2004. (Barrett, Charryse) (Entered: 07/07/2004) |
| 06/14/2004 | ❷9 | Letter dated 6/10/2004 from Alyssa A. Qualls to Mr. Gamble, enclosing documents pursuant to RULE 16 of the Federal Rules of Criminal Procedure. (w/o encl.) (Barrett, Charryse) (Entered: 06/16/2004) |
| 06/22/2004 | ❷12 | CERTIFICATE OF ENGAGEMENT AND CRIMINAL PRETRIAL ORDER as to Tokunbo Ajiboye, Muhammed Kolawole. Trial attys, etc., shall appear for trial on 7/6/2004 @ 11:30 a.m. on 7/6/2004. Jury selection to commence on 6/28/2004 at a time to be set by the Mag. Judge. Signed by Judge Jack B. Weinstein, on 6/7/2004. Copies mailed by Chambers. (Barrett, Charryse) (Entered: 06/22/2004) |
| 06/23/2004 | ❷13 | Letter dated 6/21/2004 from Alyssa A. Qualls to Mr. Gamble, furnishing supplemental discovery pursuant to RULE 16 of the Federal Rules of |

| | | |
|---|---|---|
| | | Criminal Procedure. (w/o encl.) (Barrett, Charryse) (Entered: 06/23/2004) |
| 06/28/2004 | 14 | Letter dated 6/25/2004 from Alyssa A. Qualls to Mr. Gamble, enclosing the government's supplemental discovery. (w/o encl.) (Barrett, Charryse) (Entered: 07/01/2004) |
| 06/28/2004 | 19 | Voir Dire Requests as to Muhammed Kolawole, filed by AUSA Alyssa A. Qualls. (Barrett, Charryse) (Entered: 07/08/2004) |
| 07/01/2004 | 15 | Minute Entry for proceedings held before A. Simon Chrein :Plea entered by Muhammed Kolawole (2) Guilty Count 1. Sentencing scheduled for 9/9/2004 before the District Court Judge. (Barrett, Charryse) (Entered: 07/06/2004) |
| 07/01/2004 | 16 | ORDER/CONSENT, as to Muhammed Kolawole, to have a plea taken before USMJ Chrein, dated 7/1/2004. (Barrett, Charryse) (Entered: 07/06/2004) |
| 07/26/2004 | 21 | Letter undated from Olusey Latigbokam to USDJ Weinstein, requesting leniency on behalf of Muhammed Kolawole.(Barrett, Charryse) (Entered: 07/26/2004) |
| 07/28/2004 | 22 | Letter undated from Mosunmola Kolawole to USDJ Weinstein, requesting clemency for her husband Mohammed Kolawole. (w/attachments) (Barrett, Charryse) (Entered: 07/28/2004) |
| 08/09/2004 | 23 | TRANSCRIPT of Pleading as to Muhammed Kolawole held on 7/1/2004 before Judge Chrein. (Barrett, Charryse) (Entered: 08/09/2004) |
| 08/20/2004 | 24 | Letter undated from Mosunmola Kolawole to USDJ Weinstein, requesting leniency on behalf of Muhammed Kolawole. (w/attachments filed in hard copy) (Barrett, Charryse) (Entered: 08/20/2004) |
| 08/23/2004 | 25 | Letter undated from Muri Kolawole to USDJ Weinstein, discussing Muhammed Kolawole 's character. (Barrett, Charryse) (Entered: 08/23/2004) |
| 09/17/2004 | 28 | ORDER as to Muhammed Kolawole: sentenicng is adjourned to 10/6/2004 @ 10:30 a.m. Signed by Judge Jack B. Weinstein, on 9/7/2004. (Endorsed on letter dated 9/2/2004 from Paul M. Gamble to USDJ Weinstein) (Barrett, C.) (Entered: 09/17/2004) |
| 11/12/2004 | 31 | ORDER as to Muhammed Kolawole: sentencing adjourned to 12/1/2004 @ 10:00 a.m. Signed by Judge Jack B. Weinstein, on 11/10/2004. (Endorsed on letter dated 11/9/2004 from Randy S. Steinhauser to USDJ Weinstein) (Barrett, C.) (Entered: 11/12/2004) |
| 11/24/2004 | 32 | Letter from United States to The Hon. Jack B. Weinstein Regarding adjournment of sentencing date (Qualls, Alyssa) (Entered: 11/24/2004) |
| 12/03/2004 | 33 | ORDER as to Muhammed Kolawole: adjourned to 12/16/2004 @ 10:00 a.m. Signed by Judge Jack B. Weinstein, on 11/29/2004. (Endorsed on letter dated 11/24/2004 from Alyssa A. Qualls to USDJ Weinstein) Copies |

| | | |
|---|---|---|
| | | mailed by Chambers. (Barrett, C.) (Entered: 12/03/2004) |
| 12/06/2004 | ●35 | Letter/memorandum, dated 12/2/2004 from Mohamed Kolawole to USDJ Weinstein, requesting that Your Honor withdrawal of the plea agreement he signed. (w/attachments)(Barrett, C.) (Entered: 12/14/2004) |
| 12/14/2004 | ●34 | NOTICE OF ATTORNEY APPEARANCE: Randy S. Steinhauser appearing for Tokunbo Ajiboye, Muhammed Kolawole. (Barrett, C.) (Entered: 12/14/2004) |
| 12/16/2004 | ● | Case as to Muhammed Kolawole reassigned to Judge Dora Lizette Irizarry. Judge Jack B. Weinstein no longer assigned to the case. (Bowens, Priscilla) (Entered: 12/20/2004) |
| 12/16/2004 | ●44 | Minute Entry for proceedings held before Jack B. Weinstein :Motion conference as to Muhammed Kolawole held on 12/16/2004, addressing defendant's motion to withdraw his guilty plea allocution. The motion is deemed to be moot since the defendant enters a plea of not guilty before the district court. This court recuses itself. The case of this defendant is to be reassigned by random selection. (Court Reporter P. Lombardi.) (Rifkin, Brian) (Entered: 01/31/2005) |
| 12/20/2004 | ●37 | Letter from Alyssa Qualls, Esq. to Randy S. Steinhauser, Esq. Regarding production of duplicate discovery pursuant to Rule 16 (Qualls, Alyssa) (Entered: 12/20/2004) |
| 12/21/2004 | ●38 | Letter from United States to The Honorable Dora L. Irizarry Regarding the status of the Speedy Trial Act (Qualls, Alyssa) (Entered: 12/21/2004) |
| 01/06/2005 | ●39 | ORDER Endorsed on letter dated 1/5/05 from Randy Steinhauser,Esq. to USDJ Irizarry, confirming that the conference scheduled for 1/6/04 has been adjourned and requesting that time is excluded under the speedy trial act. : Application is granted. The time between 1/6/05 and 1/10/05 is excluded. Counsel is reminded that ecf is mandatory for all civil & criminal cases in this Court. All future submissions must be filed on ECF with a hard copy sent to chambers. Signed by Judge Dora Lizette Irizarry on 1/6/05. (Williams-Jackson, Sandy) (Entered: 01/06/2005) |
| 01/10/2005 | ●40 | Minute Entry for proceedings held before Dora Lizette Irizarry :Status Conference as to Muhammed Kolawole held on 1/10/2005. AUSA: Alyssa Qualls, Rabdy S. Steinhauser for the deft. Int: (Lang-Yoruba) Mojubaolu Olufunke Okome (Sworn). Case called. Deft appears with counsel. Status conf for deft held. Speedy Trial Info for deft. Code Type XK. Start 1/10/05. Stop 2/11/05. Ent'd on record. In the interest of justice as stated on the record, and with consent of parties. Further status conf/hrg set for 2/11/05 at 11:00am. (Court Reporter Allen Sherman.) (Williams-Jackson, Sandy) (Entered: 01/11/2005) |
| 01/10/2005 | | (Court only) ***Excludable started as to Muhammed Kolawole: 1/10/05, ***Excludable(s) stopped as to Muhammed Kolawole 2/11/05. (Williams-Jackson, Sandy) (Entered: 01/11/2005) |

| | | |
|---|---|---|
| 02/11/2005 | ●47 | Minute Entry for proceedings held before Dora Lizette Irizarry:Status Conference as to Muhammed Kolawole held on 2/11/2005. Guilty plea or status conference scheduled for 2/17/2005 @ 10:00 a.m. See calendar for further details. (Court Reporter Marsha Diamond) (Lee, Tiffeny) (Entered: 02/28/2005) |
| 02/16/2005 | ● | Judge update in case as to Muhammed Kolawole. Judge Dora Lizette Irizarry and Dora Lizette Irizarry added. Judge Jack B. Weinstein no longer assigned to case. (Carosella, Christy) (Entered: 02/16/2005) |
| 02/16/2005 | ● | Attorney update in case as to Muhammed Kolawole. Attorney Paul M. Gamble terminated. See notice of appearance filed 12/14/04. (Carosella, Christy) (Entered: 02/16/2005) |
| 02/16/2005 | ● | Attorney update in case as to Muhammed Kolawole. Attorney Randy S. Steinhauser for Muhammed Kolawole added. See notice of appearance filed 12/14/04. (Carosella, Christy) (Entered: 02/16/2005) |
| 02/17/2005 | ●46 | Minute Entry for proceedings held before Dora Lizette Irizarry :Status Conference as to Muhammed Kolawole held on 2/17/2005. AUSA: Alyssa Qualls, Randy Steibhauser for the deft. Case called. Deft appears with counsel. Status conf/hrg for deft held. Speedy trial info for deft. Still in effect. Code Type XK. Start 2/17/05. Stop 3/7/05. Ent'd on record. In the interest of justice as stated on the record, and with consent of parties. Further status conf/hrg set for 3/7/05 at 3pm. Status conference/guilty plea and bail hearing scheduledfor Monday, March 7, 2005 at 3pm. (Court Reporter Shelly Silverman.) (Williams-Jackson, Sandy) (Entered: 02/18/2005) |
| 02/17/2005 | | (Court only) ***Excludable started as to Muhammed Kolawole:2/17/05, ***Excludable(s) stopped as to Muhammed Kolawole 3/7/05. (Williams-Jackson, Sandy) (Entered: 02/18/2005) |
| 02/18/2005 | ●45 | Letter dated 2/17/2005 from Randy S. Steinhauser to USDJ Irizarry, explaining his late arrival at the status conference scheduled for 11:00 a.m. on 2/11/2005. (Barrett, C.) (Entered: 02/18/2005) |
| 03/07/2005 | ●48 | Minute Entry for proceedings held before Dora Lizette Irizarry :Status Conference as to Muhammed Kolawole held on 3/7/2005. Guilty plea 3/11/2005 @ 3:30 p.m. (Barrett, C.) (Entered: 03/08/2005) |
| 03/11/2005 | ●50 | Minute Entry for proceedings held before Dora Lizette Irizarry: Status Conference as to Muhammed Kolawole held on 3/11/2005. Jury selection set for 5/2/2005 before USDJ Irizarry. Trial scheduled for 5/2/2005 @ 9:30 a.m. following jury selection. Further pretrial hearing set for 4/20/2005 @ 11:30 a.m. (Barrett, C.) (Entered: 03/15/2005) |
| 03/14/2005 | ●51 | Letter from Muhamed Kolawole to Judge Irizarry, regarding his sentencing. (Williams-Jackson, Sandy) (Entered: 03/17/2005) |
| 03/24/2005 | ●52 | Letter from United States to the Honorable Dora L. Irizarry Regarding the government's proof at trial. (Qualls, Alyssa) (Entered: 03/24/2005) |

| | | |
|---|---|---|
| 03/31/2005 | ⚫53 | Letter from United States to The Honorable Dora L. Irizarry Regarding the government's request for a brief adjournment of the trial (Qualls, Alyssa) (Entered: 03/31/2005) |
| 04/01/2005 | ⚫ | ELECTRONIC ENDORSED ORDER as to Muhammed Kolawole re 53 Letter --- This matter will be addressed at the pre-trial conference scheduled for Wednesday, April 20, 2005 at 11:30 AM.SO ORDERED by Judge Dora Lizette Irizarry on 4/1/05. (Irizarry, Dora) (Entered: 04/01/2005) |
| 04/09/2005 | ⚫54 | Letter from Randy S. Steinhauser, Esq. to Hon. Dora Irizarry Regarding Pre-trial motions and speedy trial act (Steinhauser, Randy) (Entered: 04/09/2005) |
| 04/12/2005 | ⚫55 | ORDER endorsed on lette rdated 4/8/05 from Randy Steinhauser,Esq. to USDJ Irizarry, requesting as to Muhammed Kolawole, to exclude the time from 3/11/05 through 4/20/05, the date the pre-trial hearing. : Time is excluded in the interest of justice and on consent until 4/20/05. Ordered by Judge Dora Lizette Irizarry on 4/11/05. (Williams-Jackson, Sandy) (Entered: 04/12/2005) |
| 04/12/2005 | | (Court only) ***Excludable started as to Muhammed Kolawole: 3/11/05, ***Excludable(s) stopped as to Muhammed Kolawole 4/20/05. (Williams-Jackson, Sandy) (Entered: 04/12/2005) |
| 04/20/2005 | ⚫56 | Minute Entry for proceedings held before Dora Lizette Irizarry :Pretrial Conference as to Muhammed Kolawole held on 4/20/2005. Jury selection & trial set for 5/31/2005 @ 9:30 a.m. Next Conference: 5/4/2005 @ 4:00 p.m. for status/guilty plea. (Barrett, C.) (Entered: 04/27/2005) |
| 04/20/2005 | | (Court only) ***Excludable started as to Muhammed Kolawole 4/20/2005: ***Excludable(s) stopped as to Muhammed Kolawole 5/4/2005. (Barrett, C.) (Entered: 04/27/2005) |
| 05/04/2005 | ⚫57 | Minute Entry for proceedings held before Dora Lizette Irizarry :Plea entered by Muhammed Kolawole (2) Guilty Count 1. Sentencing set for 7/13/2005 @ 11:00 A.M. Counsel advised that any sentencing memoranda shall be submitted to the Court at least 7 business days before the date of sentence. (Barrett, C.) (Entered: 05/05/2005) |
| 07/14/2005 | ⚫58 | Letter from United States to the Honorable Dora L. Irizarry Regarding request for a brief adjournment of sentencing (Qualls, Alyssa) (Entered: 07/14/2005) |
| 07/15/2005 | ⚫ | ELECTRONIC ENDORSED ORDER as to Muhammed Kolawole re 58 Letter --- Application GRANTED. Sentencing is adjourned until September 24, 2005 at 11:00 AM. Ordered by Judge Dora Lizette Irizarry on 7/15/05. (Irizarry, Dora) (Entered: 07/15/2005) |
| 07/18/2005 | ⚫59 | Letter from United States to the Honorable Dora L. Irizarry Regarding the government's application to amend its previous adjournment request (Qualls, Alyssa) (Entered: 07/18/2005) |

| 07/19/2005 | ○ | ELECTRONIC ENDORSED ORDER as to Muhammed Kolawole re 59 Letter --- Application GRANTED. Sentencing is hereby rescheduled to AUGUST 24, 2005 at 11:00 AM. Ordered by Judge Dora Lizette Irizarry on 7/19/05. (Carosella, Christy) (Entered: 07/19/2005) |
|---|---|---|
| 07/19/2005 | ○ | Set/Reset Deadlines/Hearings as to Muhammed Kolawole: Sentencing set for 8/24/2005 11:00 AM in Courtroom 343 before Judge Dora Lizette Irizarry. (Carosella, Christy) (Entered: 07/19/2005) |
| 09/01/2005 | ○60 | Letter from United States to the Honorable Dora L. Irizarry Regarding the parties' joint request for an adjournment of the sentencing (Qualls, Alyssa) (Entered: 09/01/2005) |
| 09/01/2005 | ○ | ELECTRONIC ENDORSED ORDER as to Muhammed Kolawole re 60 Letter --- Upon the consent of the parties, the application to adjourn sentencing in this matter to Thursday September 15, 2005 at NOON is GRANTED. SO ORDERED by Judge Dora Lizette Irizarry on 09/01/05. (Irizarry, Dora) (Entered: 09/01/2005) |
| 09/15/2005 | ○61 | Minute Entry for proceedings held before Dora Lizette Irizarry :Sentencing held on 9/15/2005 for Muhammed Kolawole. Deft sentenced on count one of the indictment. Deft is sentenced to 60 incarceration; 3 years supervised with conditions; A special assessment of $100 is imposed. Deft remanded. Govt notes its position that deft now eligible for safety valve (-2 points under USSG). Safety calve applied. Remaining open counts are dismissed on govts motion. (Court Reporter Fred Guerino.) (Williams-Jackson, Sandy) (Entered: 09/16/2005) |
| 09/19/2005 | ○62 | JUDGMENT as to Muhammed Kolawole (2), Count(s) 1, Deft is sentenced to 60 months incarceration; 3 years supervised with conditions; A special assessment of $100 is imposed; Count(s) 2, 3, 5, Dismissed. Ordered by Judge Dora Lizette Irizarry, on 9/15/2005. Copies distributed. (Barrett, C.) (Entered: 09/19/2005) |
| 09/22/2005 | ○64 | NOTICE OF APPEAL re 62 Judgment. The Defendant appeals the judgment that was entered on 9/19/05. No Fee Paid for the Deft has a CJA attorney. Forms distributed. Please Note: Although the Deft has a CJA attorney he is filing this NOA Pro Se. (Gonzalez, Mary) (Entered: 09/27/2005) |
| 09/27/2005 | ○ | Electronic Index to Record on Appeal as to Muhammed Kolawole sent to US Court of Appeals re 45 Letter, 47 Status Conference,, 62 Judgment,, 37 Letter, 32 Letter, 64 Notice of Appeal - Final Judgment,, 59 Letter, 50 Status Conference,, 48 Status Conference, 25 Letter, 52 Letter, 7 Indictment, 24 Letter, 54 Letter, 61 Sentencing,,, 35 Letter, 60 Letter, 28 Order, 56 Pretrial Conference,, 15 Plea Entered, 57 Plea Entered,, 38 Letter, 53 Letter, 23 Transcript, 44 Status Conference,, 58 Letter, 51 Letter For docket entries without a hyperlink, contact the court and we'll arrange for the document(s) to be made available to you. (Gonzalez, Mary) (Entered: 09/27/2005) |

| | | |
|---|---|---|
| 10/17/2005 | 🔗68 | USCA Scheduling Order as to Muhammed Kolawole re 64 Notice of Appeal - Final Judgment,, 66 Notice of Appeal - Final Judgment. Appeal Record due by 11/2/2005. USCA#05/5190-cr. Defendant Brief due by 12/2/2005. Government Brief due by 1/2/2006. That the argument of the appeal shall be heard no earlier than the week of 2/13/06. (Drayton, Lorraine) (Entered: 10/26/2005) |
| 10/18/2005 | 🔗66 | DUPLICATE NOTICE OF APPEAL re 62 Judgment. Please Note: This is a Duplicate. The original is # 64. (Gonzalez, Mary) (Entered: 10/24/2005) |
| 11/07/2005 | 🔗73 | Letter dated 10/30/2005 from Mohamed J. Kolawole to Judge Irizarry Regarding appeal. (Lee, Tiffeny) (Entered: 11/17/2005) |
| 11/30/2005 | | (Court only) ***Case Terminated as to Tokunbo Ajiboye, Muhammed Kolawole. (Barrett, C.) (Entered: 11/30/2005) |
| 01/10/2006 | 🔗77 | Letter from Muhammed Kolawole, regarding his change of address. (Williams-Jackson, Sandy) (Entered: 01/20/2006) |
| 03/31/2006 | 🔗78 | Transmitted The First Supplemental Record on Appeal as to Muhammed Kolawole re 64 Notice of Appeal - Final Judgment,, 66 Notice of Appeal - Final Judgment PLEASE NOTE: This ROA is being sent to Jamie in the Criminal team.(Gonzalez, Mary) (Entered: 03/31/2006) |
| 06/12/2006 | 🔗80 | PRESENTENCE INVESTIGATION REPORT (SEALED) as to Muhammed Kolawole (Gonzalez, Mary) (Entered: 06/12/2006) |
| 06/12/2006 | 🔗81 | Transmitted The Second Supplemental Record on Appeal as to Muhammed Kolawole re 64 Notice of Appeal - Final Judgment,, 66 Notice of Appeal - Final Judgment PLEASE NOTE: THIS IS THE SECOND SUPPLEMENTAL IT IS BEING SENT TO VINCENZA. (Gonzalez, Mary) (Entered: 06/12/2006) |
| 08/17/2006 | 🔗82 | MANDATE of USCA (certified copy) as to Muhammed Kolawole re 64 Notice of Appeal - Final Judgment,, 66 Notice of Appeal - Final Judgment. The Governments request for summary affirmance is granted Issued as mandate undated. Certified on 7/18/06. (Gonzalez, Mary) (Entered: 08/17/2006) |
| 10/02/2006 | 🔗84 | Appeal Record Returned from the Court of Appeals containing documents numbered 1-6,8,9,12-16,23. USCA#05/5190cr,l (Drayton, Lorraine) (Entered: 10/02/2006) |
| 01/22/2008 | 🔗88 | TRANSFER OF JURISDICTION REQUEST as to Muhammed Kolawole From District of New York to Northern District of Illinois. Awaiting acceptance and signature. (Attachments: # 1 Memorandum) (Barrett, C) (Entered: 01/23/2008) |
| 01/23/2008 | 🔗 | ORDER as to Muhammed Kolawole, endorsed on the 88 Transfer of Jurisdiction Request: It is hereby ordered that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order. Ordered by Senior Judge |

| | | Jack B. Weinstein, on 1/8/2008. (Barrett, C) (Entered: 01/23/2008) |
|---|---|---|
| 01/23/2008 | ⬤89 | Probation/Supervised Releasee Jurisdiction Transferred to Northern District of Illinois as to Muhammed Kolawole. Transmitted Transfer of Jurisdiction form, with certified copies of indictment, judgment and docket sheet. Acknowledgment requested. FedEx Tracking No.: 8576 2058 3558. (Attachments: # 1 Letter of Transmittal) (Barrett, C) (Entered: 01/23/2008) |

IJ:AAQ
F.#2004R00812

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ MAY 0 5 2004 ★

BROOKLYN OFFICE

- - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA

   - against -

MUHAMMED KOLAWOLE and
TOKUNBO AJIBOYE,

         Defendants.

- - - - - - - - - - - - - - - -X

I N D I C T M E N T

CR 04      442

(§§ 841(a)(1),
841(b)(1)(A)(i)
846, 952(a), 960(a)(1)
960(b)(1)(A) and
963; T. 18, U.S.C.,
§§ 2 and 3551 et seq.)

WEINSTEIN, J.

LEVY, M.J.

THE GRAND JURY CHARGES:

<u>COUNT ONE</u>

     On or about April 12, 2004, within the Eastern District
of New York and elsewhere, the defendants MUHAMMED KOLAWOLE and
TOKUNBO AJIBOYE, together with others, did knowingly and
intentionally conspire to import a controlled substance into the
United States from a place outside thereof, which offense
involved one kilogram or more of a substance containing heroin, a
Schedule I controlled substance, in violation of Title 21, United
States Code, Section 952(a).

     (Title 21, United States Code, Sections 963, 960(a)(1)
and 960(b)(1)(A); Title 18, United States Code, Sections 3551 <u>et</u>
<u>seq.</u>)

A TRUE COPY
ATTEST
DATED....1/23....20..08..
ROBERT C. HEINEMANN
CLERK
BY......................
DEPUTY CLERK

2

## COUNT TWO

On or about April 12, 2004, within the Eastern District of New York and elsewhere, the defendants MUHAMMED KOLAWOLE and TOKUNBO AJIBOYE, together with others, did knowingly and intentionally conspire to possess with intent to distribute a controlled substance, which offense involved one kilogram or more of a substance containing heroin, a Schedule I controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

(Title 21, United States Code, Sections 846 and 841(b)(1)(A)(i); Title 18, United States Code, Sections 3551 et seq.)

## COUNT THREE

On or about April 12, 2004, within the Eastern District of New York and elsewhere, the defendants MUHAMMED KOLAWOLE and TOKUNBO AJIBOYE did knowingly and intentionally import a controlled substance into the United States from a place outside thereof, which offense involved one kilogram or more of a substance containing heroin, a Schedule I controlled substance.

(Title 21, United States Code, Sections 952(a), 960(a)(1) and 960(b)(1)(A); Title 18, United States Code, Sections 2 and 3551 et seq.)

3

## COUNT FOUR

On or about April 12, 2004, within the Eastern District of New York and elsewhere, the defendant TOKUNBO AJIBOYE did knowingly and intentionally possess with intent to distribute a controlled substance, which offense involved one kilogram or more of a substance containing heroin, a Schedule I controlled substance.

(Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(i); Title 18, United States Code, Sections 3551 et seq.)

## COUNT FIVE

On or about April 12, 2004, within the Eastern District of New York and elsewhere, the defendant MUHAMMED KOLAWOLE did knowingly and intentionally attempt to possess with intent to distribute a controlled substance, which offense involved one kilogram or more of a substance containing heroin, a Schedule I

4

controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

(Title 21, United States Code, Sections 846 and 841(b)(1)(A)(i); Title 18, United States Code, Sections 3551 et seq.)

ROSLYNN R. MAUSKOPF
UNITED STATES ATTORNEY
EASTERN DISTRICT OF NEW YORK

By:

Assistant U.S. Attorney

FORM DBD-34
JUN 85

No. _____     Action: _____

# UNITED STATES DISTRICT COURT

EASTERN *District of* NEW YORK

CRIMINAL *Division*

## THE UNITED STATES OF AMERICA

*vs.*

*MUHAMMED KOLAWOLE and TOKUNBO AJIBOYE,*

Defendants.

## INDICTMENT

(T. 21, U.S.C., §§ 841(a)(1), 841(b)(1)(A)(i),
846, 952(a), 960(a)(1), 960(b)(1)(A) and 963;
T. 18, U.S.C., §§ 2 and 3551 et seq.)

Filed in open court this _____ day,

of _____ A.D. 19 _____

_____
Clerk

Bail, $ _____

_____

*Alyssa A. Qualls, Assistant U.S. Attorney (718-254-6392)*

AO 245B    (Rev. 12/03) Judgment in a Criminal Case
Sheet 1

**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT, E.D.N.Y.

★ SEP 19 2005 ★

BROOKLYN OFFICE

# UNITED STATES DISTRICT COURT

Eastern ——— District of ——— New York

| | |
|---|---|
| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE** |
| V. | |
| Muhammed Kolawole | Case Number:    04-CR-442 |
| | USM Number:    63123-053 |
| | Randy S. Steinhauser, Esq. |
| | Defendant's Attorney |

**THE DEFENDANT:**

X pleaded guilty to count(s)    One of Indictment

☐ pleaded nolo contendere to count(s)
  which was accepted by the court.

☐ was found guilty on count(s)
  after a plea of not guilty.

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 21 U.S.C. §§ 963 and 960(b)(1)(A) | Conspiracy to Import One Kilogram or more of Heroin | 4/12/2004 | One |

The defendant is sentenced as provided in pages 2 through ___7___ of this judgment.  The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has been found not guilty on count(s)

X Count(s)    Two through Five    ☐ is    X are   dismissed on the motion of the United States.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.  If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

September 15, 2005
Date of Imposition of Judgment

_Signature of Judge_

Dora L. Irizarry, U.S.D.J.
Name and Title of Judge

_September 15, 2005_
Date

A TRUE COPY
ATTEST
DATED: 1/23 20 08
ROBERT C. HEINEMANN
CLERK
BY _____
DEPUTY CLERK

AO 245B    (Rev. 12/03) Judgment in Criminal Case
Sheet 2 — Imprisonment

DEFENDANT:        Muhammed Kolawole                    Judgment — Page    2    of    7
CASE NUMBER:      04-CR-442

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of:

Sixty (60) months.

X    The court makes the following recommendations to the Bureau of Prisons:
     Defendant receive substance abuse treatment while incarcerated.
     Incarceration in or near Chicago, Il.

X    The defendant is remanded to the custody of the United States Marshal.

☐    The defendant shall surrender to the United States Marshal for this district:

     ☐    at _____ ☐ a.m. ☐ p.m.    on _____ .

     ☐    as notified by the United States Marshal.

☐    The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

     ☐    before 2 p.m. on _____ .

     ☐    as notified by the United States Marshal.

     ☐    as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____

a _____ , with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL

AO 245B    (Rev. 12/03) Judgment in a Criminal Case
          Sheet 3 — Supervised Release

| | | Judgment—Page ___3___ of ___7___ |
|---|---|---|

DEFENDANT:        Muhammed Kolawole
CASE NUMBER:    04-CR-442

## SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term of :

Three (3) years.

     The defendant must report to the probation office in the district to which the defendant is released within 72 hours of release from the custody of the Bureau of Prisons.

The defendant shall not commit another federal, state or local crime.

The defendant shall not unlawfully possess a controlled substance. The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court.

☐   The above drug testing condition is suspended, based on the court's determination that the defendant poses a low risk of future substance abuse. (Check, if applicable.)

X   The defendant shall not possess a firearm, ammunition, destructive device, or any other dangerous weapon. (Check, if applicable.)

☐   The defendant shall cooperate in the collection of DNA as directed by the probation officer. (Check, if applicable.)

☐   The defendant shall register with the state sex offender registration agency in the state where the defendant resides, works, or is a student, as directed by the probation officer. (Check, if applicable.)

☐   The defendant shall participate in an approved program for domestic violence. (Check, if applicable.)

     If this judgment imposes a fine or restitution, it is a condition of supervised release that the defendant pay in accordance with the Schedule of Payments sheet of this judgment.

     The defendant must comply with the standard conditions that have been adopted by this court as well as with any additional conditions on the attached page.

## STANDARD CONDITIONS OF SUPERVISION

1) the defendant shall not leave the judicial district without the permission of the court or probation officer;

2) the defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month;

3) the defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;

4) the defendant shall support his or her dependents and meet other family responsibilities;

5) the defendant shall work regularly at a lawful occupation, unless excused by the probation officer for schooling, training, or other acceptable reasons;

6) the defendant shall notify the probation officer at least ten days prior to any change in residence or employment;

7) the defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substances, except as prescribed by a physician;

8) the defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;

9) the defendant shall not associate with any persons engaged in criminal activity and shall not associate with any person convicted of a felony, unless granted permission to do so by the probation officer;

10) the defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view of the probation officer;

11) the defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer;

12) the defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court; and

13) as directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.

AO 245B   (Rev. 12/03) Judgment in a Criminal Case
         Sheet 3C — Supervised Release

DEFENDANT:        Muhammed Kolawole
CASE NUMBER:      04-CR-442

Judgment—Page ___4___ of ___7___

## SPECIAL CONDITIONS OF SUPERVISION

The defendant is prohibited from possessing a firearm.

The defendant shall participate in substance abuse treatment with a treatment provider as selected by the Probation Department. Treatment may include outpatient or residential treatment.  The defendant shall abstain from all illegal substances and/or alcohol. The defendant shall contribute to the cost of services rendered via co-payment or full payment in an amount to be determined by the Probation Department, based upon the defendant's ability to pay and the availability of third-party payment.

AO 245B    (Rev. 12/03) Judgment in a Criminal Case
          Sheet 5 — Criminal Monetary Penalties

| | |
|---|---|
| DEFENDANT: Muhammed Kolawole | Judgment — Page __5__ of __7__ |
| CASE NUMBER: 04-CR-442 | |

## CRIMINAL MONETARY PENALTIES

The defendant must pay the total criminal monetary penalties under the schedule of payments on Sheet 6.

| | **Assessment** | **Fine** | **Restitution** |
|---|---|---|---|
| **TOTALS** | $ 100.00 | $ 0.00 | $ 0.00 |

☐  The determination of restitution is deferred until _____. An *Amended Judgment in a Criminal Case* (AO 245C) will be entered after such determination.

☐  The defendant must make restitution (including community restitution) to the following payees in the amount listed below.

If the defendant makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise in the priority order or percentage payment column below. However, pursuant to 18 U.S.C. § 3664(i), all nonfederal victims must be paid before the United States is paid.

| Name of Payee | Total Loss* | Restitution Ordered | Priority or Percentage |
|---|---|---|---|
| | | | |

| | | | |
|---|---|---|---|
| **TOTALS** | $ _____ | $ _____ | |

☐  Restitution amount ordered pursuant to plea agreement  $ _____

☐  The defendant must pay interest on restitution and a fine of more than $2,500, unless the restitution or fine is paid in full before the fifteenth day after the date of the judgment, pursuant to 18 U.S.C. § 3612(f). All of the payment options on Sheet 6 may be subject to penalties for delinquency and default, pursuant to 18 U.S.C. § 3612(g).

☐  The court determined that the defendant does not have the ability to pay interest and it is ordered that:

　　☐  the interest requirement is waived for the  ☐ fine  ☐ restitution.

　　☐  the interest requirement for the  ☐ fine  ☐ restitution is modified as follows:

* Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994, but before April 23, 1996.

AO 246B  (Rev. 12/03) Judgment in a Criminal Case
Sheet 6 — Schedule of Payments

DEFENDANT:      Muhammed Kolawole                              Judgment — Page ___6___ of ___7___
CASE NUMBER:    04-CR-442

## SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total criminal monetary penalties are due as follows:

**A**  X  Lump sum payment of $ ___100.00___ due immediately, balance due

    ☐  not later than _____ , or
    ☐  in accordance  ☐ C,  ☐ D,  ☐  E, or  ☐ F below; or

**B**  ☐  Payment to begin immediately (may be combined with  ☐ C,  ☐ D, or  ☐ F below); or

**C**  ☐  Payment in equal _____ (e.g., weekly, monthly, quarterly) installments of $ _____ over a period of _____ (e.g., months or years), to commence _____ (e.g., 30 or 60 days) after the date of this judgment; or

**D**  ☐  Payment in equal _____ (e.g., weekly, monthly, quarterly) installments of $ _____ over a period of _____ (e.g., months or years), to commence _____ (e.g., 30 or 60 days) after release from imprisonment to a term of supervision; or

**E**  ☐  Payment during the term of supervised release will commence within _____ (e.g., 30 or 60 days) after release from imprisonment. The court will set the payment plan based on an assessment of the defendant's ability to pay at that time; or

**F**  ☐  Special instructions regarding the payment of criminal monetary penalties:

Unless the court has expressly ordered otherwise, if this judgment imposes imprisonment, payment of criminal monetary penalties is due during imprisonment. All criminal monetary penalties, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, are made to the clerk of the court.

The defendant shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

☐  Joint and Several

Defendant and Co-Defendant Names and Case Numbers (including defendant number), Total Amount, Joint and Several Amount, and corresponding payee, if appropriate.

☐  The defendant shall pay the cost of prosecution.

☐  The defendant shall pay the following court cost(s):

☐  The defendant shall forfeit the defendant's interest in the following property to the United States:

Payments shall be applied in the following order: (1) assessment, (2) restitution principal, (3) restitution interest, (4) fine principal, (5) fine interest, (6) community restitution, (7) penalties, and (8) costs, including cost of prosecution and court costs.

AO 245B    (Rev. 12/03) Judgment in a Criminal Case
Sheet 7 — Denial of Federal Benefits

DEFENDANT:    Muhammed Kolawole
CASE NUMBER:    04-CR-442

Judgment — Page ___7___ of ___7___

# DENIAL OF FEDERAL BENEFITS
### (For Offenses Committed On or After November 18, 1988)

## FOR DRUG TRAFFICKERS PURSUANT TO 21 U.S.C. § 862

IT IS ORDERED that the defendant shall be:

X    ineligible for all federal benefits for a period of    __five years__ .

☐    ineligible for the following federal benefits for a period of    _____

   (specify benefit(s))    _____    _____ .

_____

_____

## OR

☐  Having determined that this is the defendant's third or subsequent conviction for distribution of controlled substances, IT IS ORDERED that the defendant shall be permanently ineligible for all federal benefits.

## FOR DRUG POSSESSORS PURSUANT TO 21 U.S.C. § 862(b)

IT IS ORDERED that the defendant shall:

☐    be ineligible for all federal benefits for a period of    _____

☐    be ineligible for the following federal benefits for a period of    _____

   (specify benefit(s))    _____

_____

_____

☐    successfully complete a drug testing and treatment program.

☐    perform community service, as specified in the probation and supervised release portion of this judgment.

☐    Having determined that this is the defendant's second or subsequent conviction for possession of a controlled substance, IT IS FURTHER ORDERED that the defendant shall complete any drug treatment program and community service specified in this judgment as a requirement for the reinstatement of eligibility for federal benefits.

Pursuant to 21 U.S.C. § 862(d), this denial of federal benefits does not include any retirement, welfare, Social Security, health, disability, veterans benefit, public housing, or other similar benefit, or any other benefit for which payments or services are required for eligibility.  The clerk is responsible for sending a copy of this page and the first page of this judgment to:

U.S. Department of Justice, Office of Justice Programs, Washington, DC 20531